UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. RODRIGUEZ,             No. C 08-05390 JCS

    Plaintiff(s),

      v.                                           **ORDER TO SHOW CAUSE**

STATE OF CALIFORNIA, ET AL.,

    Defendant(s).
_____/

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on March 6, 2009, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 27, 2009, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on March 6, 2009, and for failure to prosecute this action. A case management conference is also scheduled for March 27, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 9, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge