STEVEN R. LEVY   (California State Bar Number 103164)
Attorney at Law
17670 Woodland Avenue
Morgan Hill, CA 95037
Telephone:   (408) 274-7000
Facsimile:    (408) 274-9000
Email:          slevy@bigfoot.com

Attorney for Plaintiff, Donald Rodriguez

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100;<br><br>　　　　　Defendants. | CASE NUMBER:   C 08-05390 MMC<br><br>[~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE (SUBMITTED BY PLAINTIFF, DONALD RODRIGUEZ)<br><br>CMC Date:   ~~August 28, 2009~~<br>CMC Time:   10:30 a.m.<br><br>Judge:         Hon. Maxine M. Chesney<br>Department: Courtroom 7, 19th Floor<br><br>Case Filed:   December 1, 2008<br>Trial Date:    N/A |

　　The Case Management Conference is hereby CONTINUED from August 28, 2009 to _November 6_____ , 2009, at ____10:30_____ a.m. /~~p.m.~~

　　A Joint Case Management Statement shall be filed no later than _October 30_____ , 2009.

Dated: _August 25_____ , 2009

　　　　　　　　　　　　　　　　　　　　　　　／s／ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

---

Case Number:   C 08-05390 MMC
[Proposed] Order re Case Management Conference (Submitted by Plaintiff, Donald Rodriguez) Page 1 of 1