| | |
|---|---|
| 1 | **STEVEN R. LEVY** (California State Bar Number 103164) |
| | Attorney at Law |
| 2 | 17670 Woodland Avenue |
| | Morgan Hill, CA 95037 |
| 3 | Telephone:   (408) 274-7000 |
| | Facsimile:    (408) 274-9000 |
| 4 | Email:         slevy@bigfoot.com |
| 5 | Attorney for Plaintiff, Donald Rodriguez |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD RODRIGUEZ, | CASE NUMBER:   C 08-05390 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE (SUBMITTED BY PLAINTIFF, DONALD RODRIGUEZ) |
| v. | |
| JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100; | CMC Date:   ~~August 28, 2009~~ |
| | CMC Time:   10:30 a.m. |
| | Judge:        Hon. Maxine M. Chesney |
| | Department: Courtroom 7, 19th Floor |
| Defendants. | Case Filed:   December 1, 2008 |
| | Trial Date:    N/A |

The Case Management Conference is hereby CONTINUED from August 28, 2009 to _November 6_____, 2009, at ___10:30_____ a.m. ~~/p.m.~~

A Joint Case Management Statement shall be filed no later than _October 30_____, 2009.

Dated: _August 25_____, 2009

*Maxine M. Chesney*
**HON. MAXINE M. CHESNEY**
**United States District Judge**

---

Case Number:   C 08-05390 MMC
**[Proposed] Order re Case Management Conference (Submitted by Plaintiff, Donald Rodriguez)** Page 1 of 1