1 STEVEN R. LEVY   (California State Bar Number 103164)
  Attorney at Law
2 17670 Woodland Avenue
  Morgan Hill, CA 95037
3 Telephone:    (408) 274-7000
  Facsimile:    (408) 274-9000
4 Email:        slevy@bigfoot.com

5 Attorney for Plaintiff, Donald Rodriguez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100;<br><br>Defendants. | CASE NUMBER:   C 08-05390 MMC<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (PLAINTIFF, DONALD RODRIGUEZ TO APPEAR PRO SE) AND ORDER APPROVING THE SUBSTITUTION AND REMOVING THE CASE FROM ELECTRONIC CASE FILING<br>(Notices to Plaintiff Attached)<br><br>Judge:        Hon. Maxine M. Chesney<br>Department:   Courtroom 7, 19th Floor<br><br>Case Filed:   December 1, 2008<br>Trial Date:   N/A |

It is hereby requested that Plaintiff, DONALD RODRIGUEZ, be allowed to substitute himself pro se in place of attorney Steven R. Levy.

Steven R. Levy, as counsel substituting out, consents to the substitution and requests it be approved.

Dated: January 22, 2010

_____
STEVEN R. LEVY, present attorney
for Plaintiff, Donald Rodriguez

1  Plaintiff, DONALD RODRIGUEZ, requests he be allowed to represent himself pro se in this
2  case and consents to doing so. Contact information for Donald Rodriguez is:

3  Donald Rodriguez
   272 Danze Drive
4  San Jose, CA 95111-2975
   Phone: 408-578-1053

6  Until or about February 8, 2010, messages for Donald Rodriguez may be left at 415-701-5100.

7  Dated: January 22, 2010                    *Donald Rodriguez*
                                               DONALD RODRIGUEZ, pro se

9                                    **ORDER**

10  The Court hereby orders:

11  1.  The request to substitute Plaintiff, Donald Rodriguez, pro se is granted;

12  2.  Unless and until further and proper notice is given, the contact information for Plaintiff,
13      DONALD RODRIGUEZ, pro se, is:

14      Donald Rodriguez
        272 Danze Drive
15      San Jose, CA 95111-2975
        Phone: 408-578-1053;

17  ~~3.  Pursuant to Section III of General Order Number 45 and plaintiff now appearing pro se,~~
18  ~~this case shall be removed from and exempt from electronic case filing; and~~

19  4.  Other Conditions:

25  **IT IS SO ORDERED.**

27  Dated: JANUARY 22, 2010

                                               *[signature]*
                                               Hon. Maxine M. Chesney
28                                             U.S. District Judge

---

Case Number:  C 08-05390 MMC
Request for Approval of Substitution of Attorney (Plaintiff, Donald Rodriguez to Appear Pro Se)
and Order Approving the Substitution and Removing the Case from Electronic Case Filing    Page 2 of 3

### NOTICE TO PLAINTIFF, DONALD RODRIGUEZ

Approval of this substitution means your present attorney will no longer be representing you and you will representing yourself.

It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you and you may lose your case.

**YOU SHOULD SEEK LEGAL ADVICE AND REPRESENTATION.**

The Court and opposing counsel need to know how to contact you. You must keep the court and counsel informed of your current address and do so by proper method and notice. The address in this substitution is your legally effective place of contact unless and until properly changed.

If you do not keep the court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that may adversely affect your interests or result in your losing the case.

By signature below, I acknowledge the notices given above.

Dated: January 22, 2010

*Donald Rodriguez*
DONALD RODRIGUEZ, pro se

---

Case Number:   C 08-05390 MMC
Request for Approval of Substitution of Attorney (Plaintiff, Donald Rodriguez to Appear Pro Se) and Order Approving the Substitution and Removing the Case from Electronic Case Filing