UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD RODRIGUEZ,

    Plaintiff,

vs.

JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100,

    Defendants.

Case Number: 08-05390 MMC

[PROPOSED] ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL

The plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing;

IT IS HEREBY ORDERED THAT Donald Rodriguez shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of The Bar Association of San Francisco ("VLSP") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by VLSP that an attorney has been located to represent the defendant, that attorney shall be appointed as counsel for Donald Rodriguez for the duration of this matter, or until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Mr. Rodriguez in this action.

4. The March 12, 2010 hearing on plaintiff's motion is VACATED, and no party shall appear on March 12, 2010.

IT IS SO ORDERED.

Dated: February 19, 2010

                              Hon. Maxine M. Chesney
                              United States District Judge

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REFER LITIGANT TO FEDERAL PRO BONO PROJECT AND STAY PROCEEDINGS PENDING APPOINTMENT OF COUNSEL; DECLARATION OF DONALD RODRIGUEZ IN SUPPORT THEREOF; [PROPOSED] ORDER; CASE NO. 08-05390 MMC; Page 5 of 6 [Prepared with assistance from VLSP – Recommended for referral]