**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD RODRIGUEZ, | Case No. C 08-5390 |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| JAMES E. TILTON, et al., | AND SCHEDULING CASE MANAGEMENT CONFERENCE |
| Defendants | |

Plaintiff Donald Rodriguez has requested and is in need of counsel to assist him in this matter, and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.

Accordingly, David B. Goodwin and Matthew J. Hawkinson of Covington & Burling LLP are hereby appointed as counsel for plaintiff in this matter.

Pursuant to the Court's February 19, 2010 order, the stay of proceedings will be lifted as of April 12, 2010.

A Case Management Conference is hereby SET for May 14, 2010. A Joint Case Management Statement shall be filed no later than May 7, 2010.

IT IS SO ORDERED.

Dated: March 15, 2010

United States District Judge

**EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES**