UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD R. RODRIGUEZ,

        Plaintiff,

  v.

STATE OF CALIFORNIA, ET AL. et al,

        Defendant.

Case Number: CV08-05390 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Bruce Goodwin
Covington & Burling LLP
One Front Street, 35th Floor
San Francisco, CA 94111

Matthew Hawkinson
Covington & Burling
One Front Street, 35th Floor
San Francisco, CA 94111

Donald Rodriguez
272 Danze Dr.
San Jose, CA 95111

Dated: March 15, 2010

        Richard W. Wieking, Clerk

        *Frank Justiliano*
        By: Frank Justiliano, Deputy Clerk