1  DAVID B. GOODWIN (No. 104469)
2  dgoodwin@cov.com
   MATTHEW J. HAWKINSON (No. 248216)
3  mhawkinson@cov.com
   COVINGTON & BURLING LLP
4  One Front Street
5  San Francisco, CA 94111
   Telephone: (415) 591-7052
6  Facsimile:  (415) 955-6552

7  Attorneys for Plaintiff DONALD R. RODRIGUEZ

8
   EDMUND G. BROWN JR.
9  Attorney General for the State of California
10 TOM BLAKE, Deputy Attorney General (No. 51885)
   Tom.Blake@doj.ca.gov
11 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
12 Telephone:   (415) 703-5506
13 Facsimile:   (415) 703-5480

14 Attorneys for Defendants James E. Tilton;
15 Michael C. Genest; John Chiang; Louis Debarraicua, M.D.;
   Filadelfo Valasquez Oandasan Jr., M.D.; Claude Finn;
16 and Sambrajya Lakshmi Palagummi, M.D.

17              UNITED STATES DISTRICT COURT
18           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
19

20 | DONALD R. RODRIGUEZ,           | Civil Case No.: C 08-05390 MMC |
21 |      Plaintiff,                |                                |
22 |   v.                           | [PROPOSED] ORDER GRANTING EXTENSION OF TRIAL DATE AND CASE SCHEDULE |
23 |                                |                                |
24 | JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100; | Case Filed:   December 1, 2008
Trial Date:    July 25, 2011 |

(Note: "PROPOSED" is struck through)

         Defendants.

Pursuant to the "JOINT STIPULATION AND ADMINISTRATIVE MOTION FOR EXTENSION OF CASE SCHEDULE [CIVIL L.R. 7-11]", filed on October 19, 2010, by Plaintiff Donald R. Rodriguez and Defendants James E. Tilton; Michael C. Genest; John Chiang; Claude Finn; Louis Debarraicua, M.D.; Filadelfo Valasquez Oandasan Jr., M.D.; and Sambrajya Lakshmi Palagummi, M.D.;

IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 16(d), good cause exists to extend the schedule in this case as set forth below:

| | |
|---|---|
| Jury Trial: | October 17, 2011 |
| Non-expert Discovery Cutoff: | March 30, ~~2010~~ 2011 |
| Designation of Experts: | April 21, 2011 |
| Expert Rebuttal: | May 18, 2011 |
| Expert Discovery Cutoff: | June 17, 2011 |
| Dispositive Motions: | July 22, 2011 |
| Settlement Conference: | ~~July 2011~~ April or early May 2011 |
| Pretrial Conference: | October 4, 2011 |
| Meet and Confer (Civil L.R. 16-10(b)(5)): | September 6, 2011 |
| Further Status Conference: | August 5, 2011 |
| Further Status Conference Statement Due: | July 29, 2011 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 25, 2010     By _[signature]_
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TRIAL DATE AND CASE SCHEDULE
CIVIL CASE NO.: C 08-05390 MMC        1