DAVID B. GOODWIN (No. 104469)
dgoodwin@cov.com
MATTHEW J. HAWKINSON (No. 248216)
mhawkinson@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7052
Facsimile:  (415) 955-6552

Attorneys for Plaintiff DONALD R. RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. RODRIGUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES E. TILTON;  MICHAEL C. GENEST;  JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.;  and DOES 1-100;<br>　　　　　　　　　Defendants. | Civil Case No.: C 08-05390 MMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>Date:     January 7, 2011<br>Time:     9:00 a.m.<br>Judge:    Hon. Maxine M. Chesney<br>Place:    Courtroom 7, 19th Floor<br><br>Case Filed:   December 1, 2008<br>Trial Date:   October 17, 2011 |

1 | Plaintiff Donald R. Rodriguez has moved the Court for leave to file his Second
2 | Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).  Having considered
 | and defendants' notice of non-opposition thereto,
3 | that motion, ~~any oppositions to that motion, and any further proceedings~~, and finding good
4 | cause supporting it,
5 |      IT IS THEREFORE ORDERED that Mr. Rodriguez's Motion for Leave to file his
 | Plaintiff shall file his
6 | Second Amended Complaint is hereby granted.  ~~Mr. Rodriguez's~~ Second Amended
7 | Complaint, in the form annexed as Appendix A to his moving papers, ~~is deemed filed as of~~
8 | ~~the entry of this order.~~  no later than December 23, 2010.
9 |      IT IT FURTHER ORDERED that the January 7, 2011 hearing is VACATED.
10 | **IT IS SO ORDERED.**
11 |
12 | DATED: ~~January ____, 2011~~
13 |    December 17, 2010
14 | _____
 | Maxine M. Chesney
15 | UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER; CIVIL CASE NO.:  C 08-05390 MMC