1 | DAVID B. GOODWIN (No. 104469)
  | dgoodwin@cov.com
2 | MATTHEW J. HAWKINSON (No. 248216)
3 | mhawkinson@cov.com
  | COVINGTON & BURLING LLP
4 | One Front Street
  | San Francisco, CA 94111
5 | Telephone:   (415) 591-7052
  | Facsimile:   (415) 955-6552
6 |
7 | Attorneys for Plaintiff DONALD R. RODRIGUEZ
8 | KAMALA D. HARRIS
  | Attorney General for the State of California
9 | TYLER B. PON
  | Supervising Deputy Attorney General
10 | TOM BLAKE, Deputy Attorney General (No. 51885)
  | Tom.Blake@doj.ca.gov
11 | 455 Golden Gate Avenue, Suite 11000
12 | San Francisco, CA 94102-7004
  | Telephone:    (415) 703-5506
13 | Facsimile:    (415) 703-5480
14 |
  | Attorneys for Defendants James E. Tilton;
15 | Michael C. Genest; John Chiang; Louis Debarraicua,
  | M.D.; Filadelfo Valasquez Oandasan Jr., M.D.; Claude
16 | Finn; and Sambrajya Lakshmi Palagummi, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. RODRIGUEZ, | CIVIL NO: C-08-05390 MMC |
| Plaintiff, | **ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER EXTENDING DISCOVERY CUT-OFF; [Proposed] ORDER** |
| v. | |
| JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100 | Date:<br>Time:….9:00 a.m.<br>Judge:    Hon. Maxine M. Chesney<br>Place:    Courtroom 7, 19th Floor |
| Defendants | Case Filed:    December 1, 2008<br>Trial Date:    October 17, 2011 |

1

1  IT IS HEREBY STIPULATED by and between the parties to this action, by and through
2  their respective counsel of record, as follows:
3  WHEREAS the deadline for completion of fact discovery is currently set for Wednesday, March
4  30, 2011.
5  WHEREAS Plaintiff Donald R. Rodriguez has been out of contact and, as a result,
6  Plaintiff's counsel has been unable to comply with certain pending discovery requests, including
7  the deposition of Plaintiff, which had been noticed for March 21, 2011.
8  WHEREAS Plaintiff's counsel has made and is making efforts to reestablish contact with
9  the Plaintiff.
10 WHEREAS both sides believe that good cause exists to extend the discovery cut-off by 30
11 days to provide Plaintiff's counsel sufficient time to establish contact with the Plaintiff and
12 comply with Plaintiff's discovery obligations.
13 THEREFORE THE PARTIES HEREBY JOINTLY AND RESPECTFULLY HEREBY
14 REQUEST that the Court extend the deadline for completion of fact discovery by 30 days, to
15 April 29, 2011.

|     |     |     |
| --- | --- | --- |
|     | | Respectfully submitted, |
| DATED: March 29, 2011 | | COVINGTON & BURLING LLP |
|     | By: | /s/ Matthew J. Hawkinson<br>MATTHEW J. HAWKINSON |
|     | | Attorneys for Plaintiff<br>DONALD R. RODRIGUEZ |
| DATED: March 29, 2011 | | KAMALA D. HARRIS<br>Attorney General for the State of California |
|     | By | /s/ Tom Blake<br>TOM BLAKE<br>Attorneys for Defendants<br>James E. Tilton; Michael C. Genest;<br>John Chiang; Louis Debarraicua, M.D.;<br>Filadelfo Valasquez Oandasan Jr., M.D.; Claude Finn; and Sambrajya Lakshmi Palagummi, M.D. |

1

**[Proposed] ORDER**

2   Good cause appearing, it is hereby ordered that the deadline for ~~complete~~ completion of fact discovery in

3   this matter be continued until April 29, 2011, provided such continuance shall not, by itself,

4   constitute good cause to continue any other deadline or date.

**IT IS SO ORDERED.**

5   Dated: April 1, 2011              By  /s/ Maxine M. Chesney

6                                         MAXINE M. CHESNEY
                                          United States District Judge

13   SF2009403498

4

Administrative Motion and Stipulation for Order Extending
Discovery Cutoff; [Proposed] Order (C-08-05390 MMC)