1  DAVID B. GOODWIN (No. 104469)
   dgoodwin@cov.com
2  MATTHEW J. HAWKINSON (No. 248216)
   mhawkinson@cov.com
3  COVINGTON & BURLING LLP
4  One Front Street
   San Francisco, CA 94111
5  Telephone:  (415) 591-7052
   Facsimile:   (415) 955-6552
6
7  Attorneys for Plaintiff DONALD R. RODRIGUEZ

8  KAMALA D. HARRIS
   Attorney General for the State of California
9  TOM BLAKE, Deputy Attorney General (No. 51885)
   Tom.Blake@doj.ca.gov
10 455 Golden Gate Avenue, Suite 11000
11 San Francisco, CA 94102-7004
   Telephone:    (415) 703-5506
12 Facsimile:    (415) 703-5480

13 Attorneys for Defendants James E. Tilton;
   Michael C. Genest; John Chiang; Louis Debarraicua,
14 M.D.;
15 Filadelfo Valasquez Oandasan Jr., M.D.; Claude Finn;
   and Sambrajya Lakshmi Palagummi, M.D.
16

17                 IN THE UNITED STATES DISTRICT COURT
18              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
19

20

| 21 | DONALD R. RODRIGUEZ, | CIVIL NO: C-08-05390 MMC (JL) |
|---|---|---|
| 22 | Plaintiff, | **ADMINISTRATIVE MOTION AND STIPULATION FOR ORDER TAKING SETTLEMENT CONFERENCE OFF CALENDAR; [Proposed] ORDER** |
| 23 | v. | |
| 24 | JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100 | Date:       May **, 2011<br>Time:       10:00 a.m.<br>Courtroom:  F, 15th Floor |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | Defendants | |

                                  1

1  IT IS HEREBY STIPULATED by and between the parties to this action, by and through
2  their respective counsel of record, as follows:
3  WHEREAS Plaintiff's counsel has filed a motion to withdraw as counsel and a motion to
4  
5  stay the proceedings due to Plaintiff's non-cooperation in the prosecution of this matter, and
6  WHEREAS counsel for all defendants anticipates filing a motion to dismiss for failure to
7  prosecute, the Plaintiff having failed to provide complete or timely document discovery and
8  having failed to appear at any of the multiple settings of his deposition,
9  THEREFORE THE PARTIES HEREBY JOINTLY AND RESPECTFULLY HEREBY
10 REQUEST that the Court take settlement conference off calendar until further order of the Court.
11
12 Respectfully submitted,
13 DATED: May 13, 2011            COVINGTON & BURLING LLP
14
15                                By:      /s/ Matthew J. Hawkinson
16                                         MATTHEW J. HAWKINSON
17                                         Attorneys for Plaintiff
18                                         DONALD R. RODRIGUEZ
19
20 DATED: May 13, 2011            KAMALA D. HARRIS
                                  Attorney General for the State of California
21
22                                By:      /s/ Tom Blake
                                           TOM BLAKE
23
24                                         Attorneys for Defendants
                                           James E. Tilton; Michael C. Genest; John
25                                         Chiang; Louis Debarraicua, M.D.;
                                           Filadelfo Valasquez Oandasan Jr., M.D.;
26                                         Claude Finn; and Sambrajya Lakshmi
                                           Palagummi, M.D.
27
28
                                           2
Administrative Motion and Stipulation to Take Settlement Conference Off Calendar; [Prop]Order
                                                                      (C-08-05390MMC)

[Proposed] ORDER

Good cause appearing, it is hereby ordered that the settlement conference in this matter be continued until **TO BE SET**

**IT IS SO ORDERED.**

5-16-11

Date

HONORABLE JAMES LARSON
United States Magistrate Judge