| | |
|---|---|
| 1 | DAVID B. GOODWIN (No. 104469) |
| 2 | dgoodwin@cov.com |
|   | MATTHEW J. HAWKINSON (No. 248216) |
| 3 | mhawkinson@cov.com |
|   | COVINGTON & BURLING LLP |
| 4 | One Front Street |
| 5 | San Francisco, CA 94111 |
|   | Telephone: (415) 591-7052 |
| 6 | Facsimile:  (415) 955-6552 |

Attorneys for Plaintiff DONALD R. RODRIGUEZ

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. RODRIGUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES E. TILTON; MICHAEL C. GENEST; JOHN CHIANG; CLAUDE FINN; LOUIS DEBARRAICUA, M.D.; FILADELFO VALASQUEZ OANDASAN JR., M.D.; SAMBRAJYA LAKSHMI PALAGUMMI, M.D.; and DOES 1-100<br><br>   Defendants. | Civil Case No.: C 08-05390 MMC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** ; VACATING JUNE 3, 2011 HEARING<br><br><s>Date:    June 3, 2011</s><br><s>Time:    9:00 a.m.</s><br>Judge:   Hon. Maxine M. Chesney<br>Place:    Courtroom 7, 19th Floor<br><br>Case Filed:   December 1, 2008<br>Trial Date:   October 17, 2011 |

[PROPOSED] ORDER; CIVIL CASE NO.:  C 08-05390 MMC

David B. Goodwin and Matthew J. Hawkinson, as well as the law firm of Covington & Burling, LLP, ("Movants") seek to withdraw as counsel for Plaintiff Donald R. Rodriguez in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(C). As this Court finds that Movants have submitted satisfactory reasoning for withdrawal, and no opposition having been filed,

IT IS THEREFORE ORDERED that Movants' Motion to Withdraw as Counsel is GRANTED, and David B. Goodwin and Matthew J. Hawkinson, as well as the law firm of Covington & Burling, LLP, are hereby terminated as counsel in this proceeding.

The June 3, 2011 hearing is hereby VACATED.

**IT IS SO ORDERED.**

DATED: May 20, 2011

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER; CIVIL CASE NO.: C 08-05390 MMC