IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES E. TILTON, et al.,<br><br>  Defendants | No. C 08-5390 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS; ADVANCING STATUS CONFERENCE TO JUNE 17, 2011; VACATING JUNE 3, 2011 HEARING** |

Before the Court is plaintiff Donald R. Rodriguez's ("Rodriguez") "Motion for Stay," filed April 29, 2011.  No response thereto has been filed.  Having read and considered the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for June 3, 2011, and rules as follows.

On April 29, 2011, Rodriguez's counsel filed a motion to withdraw, which the Court has granted by separate order filed concurrently herewith.  In the motion to withdraw, counsel stated that Rodriguez's "general unresponsiveness and his refusal to meaningfully participate in the discovery process [had] rendered it unreasonably difficult for [counsel] to carry out their employment effectively."  (See Mot. to Withdraw at 4:7-9.)

In the instant motion, filed by Rodriguez's counsel on the same day the motion to withdraw was filed, counsel requests the instant matter be stayed "for an amount of time that the Court finds reasonable to allow [Rodriguez] to retain new counsel."  (See Mot. for

Stay at 2:8-10.) In particular, counsel notes that the April 29, 2011 deadline to complete fact discovery will have closed before Rodriguez has had an opportunity to either retain new representation or meet his discovery obligations while representing himself. There is no indication in the record, however, that Rodriguez has sought, or intends to seek, new counsel. Further, Rodriguez's non-communication with his counsel does not constitute good cause for an extension of time to allow Rodriguez to take further fact discovery, either through new counsel or as a pro se litigant.

Accordingly, the motion for a stay is hereby DENIED.

Nonetheless, it appears Rodriguez's present status as a pro se litigant may impact the remaining deadlines and dates. For example, in light of the then pending motion to withdraw, Magistrate Judge James Larson, on May 16, 2011, vacated the May 27, 2011 Settlement Conference. (See Order, filed May 17, 2011.) Under such circumstances, the Court hereby ADVANCES the next Status Conference from August 5, 2011 to June 17, 2011, at 10:30 a.m. The parties are DIRECTED to file a Joint Status Conference Statement no later than June 10, 2011.[1]

Rodriguez is hereby ORDERED to appear at the June 17, 2011 Status Conference, either personally or, if he has retained counsel as of June 17, 2011, through counsel. Rodriguez is hereby advised that his failure to appear at the June 17 Status Conference may subject him to sanctions, including dismissal of the instant action.

**IT IS SO ORDERED.**

Dated: May 20, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] If, however, "a party is unable, despite reasonable efforts, to obtain the cooperation of another party in the preparation of a joint statement, the complying party may file a separate [status conference] statement, accompanied by a declaration describing the conduct of the uncooperative party which prevented the preparation of a joint statement." See Civil L.R. 16-9(a).

2