IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. RODRIGUEZ, | No. C 08-5390 MMC |
| Plaintiff, | **ORDER RE: SERVICE OF DOCUMENTS ON OR BY PLAINTIFF** |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants | |

By separate order filed concurrently herewith, the Court has granted the motion filed by Covington & Burling, LLP to withdraw as counsel for plaintiff Donald R. Rodriguez ("Rodriguez"), and, as a consequence, Rodriguez now appears pro se.

Defendants are hereby DIRECTED to serve Rodriguez with any documents by mail or by personal service at the following addresses:

    Donald R. Rodriguez      Donald R. Rodriguez
    272 Danze Drive      5275 Vera Lane, Bldg. 8, Apt. 101
    San Jose CA 95111      San Jose CA 95111

Rodriguez is hereby DIRECTED to file any documents on paper, specifically, by mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue, San Francisco CA 94102, an original document and a chambers copy of any original document. Additionally, Rodriguez is DIRECTED to serve defendants with a copy of any

document filed with the Clerk, by mailing or personally delivering such copy to defendants' counsel.

**IT IS SO ORDERED.**

Dated:  May 20, 2011

_____
MAXINE M. CHESNEY
United States District Judge

2