IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. RODRIGUEZ, | No. C 08-5390 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| JAMES E. TILTON, et al., | |
| Defendants / | |

By order filed June 17, 2011, after plaintiff Donald R. Rodriguez failed to appear at a regularly-scheduled Case Management Conference, the Court ordered plaintiff to show cause, in writing and no later than July 1, 2011, why the instant action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff has failed to file any response to the Court's order to show cause.

Accordingly, plaintiff having failed to show cause, the above-titled action is hereby DISMISSED pursuant to Rule 41(b).

**IT IS SO ORDERED.**

Dated: July 8, 2011

MAXINE M. CHESNEY
United States District Judge