IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD R. RODRIGUEZ,

        Plaintiff,

  v.

JAMES E. TILTON, et al.,

        Defendants.
                                      /

No. CV-08-5390 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED pursuant Rule 41(b).

Dated: July 11, 2011

                                            Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: Tracy Lucero
                                            Deputy Clerk